UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY L. GORE, ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br>       Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:19-CV-87-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on October 28, 2019, and Copies To:**
Laurie Lynn Janus                                           (via CM/ECF electronic notification)
Lisa M. Rayo                                                (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
October 28, 2019                   (By) /s/ Nicole Sellers
                                               Deputy Clerk